NANCY J. SAILER v.
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA.

July 11, 1978. Petition for certification denied.

MONMOUTH MEDICAL CENTER v. STATE OF NEW JERSEY,
ANN KLEIN, COMMISSIONER OF THE DEPT. OF HU-
MAN SERVICES OF THE STATE OF NEW JERSEY.

July 11, 1978. Petition for certification granted.

STATE OF NEW JERSEY v. PETER FOSTER.

July 11, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILFREDO MARTINEZ.

July 11, 1978. Petition for certification denied.

PENNSYLVANIA NATIONAL TURF CLUB, INC. v.
BANK OF WEST JERSEY.

July 11, 1978. Petition for certification denied.

ESTELLE V. CICCONE v. BOARD OF REVIEW.

July 11, 1978. Petition for certification denied.